NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUNIPER NETWORKS, INC.,**
*Plaintiff-Appellant,*

v.

**ALTITUDE CAPITAL PARTNERS, L.P.** AND
**SECURITY RESEARCH HOLDINGS, LLC,**
*Defendants-Appellees.*

---

2011-1418

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-3449, Judge Jeffrey S. White.

---

---

**JUNIPER NETWORKS, INC.,**
*Plaintiff-Appellee,*

v.

**ALTITUDE CAPITAL PARTNERS, L.P.** AND
**SECURITY RESEARCH HOLDINGS, LLC,**
*Defendants-Appellants.*

---

2011-1468

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-3449, Judge Jeffrey S. White.

## ON MOTION

## ORDER

Altitude Capital Partners, L.P. and Security Research Holdings, LLC move without opposition to withdraw their cross-appeal no. 2011-1468.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2011-1468 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2011-1468.

(3) The revised official caption for 2011-1418 is reflected above.

(4) The stay of the briefing schedule is lifted. Juniper Network, Inc.'s opening brief in 2011-1418 is due within 21 days of the date of filing of this order.

FOR THE COURT

**SEP 0 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jonathan S. Kagan, Esq.
Sara A. Poulos, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK

Issued As A Mandate (As To 2011-1468 Only): **SEP 0 1 2011**